MELQUIST, Respondent, v. DAKOTA PRINTING CO., et al, Appellant.

(221 N. W. 84.)

(File No. 6630.  Opinion filed September 22, 1928.)

See, also, 213 N. W. 947.

*Coon & Coon,* of Sioux Falls, for Appellants.

PER CURIAM. In the above cause an appeal is sought to be taken from an order affirming and adopting findings and award of the industrial commissioner of the state of South Dakota, filed in the office of the circuit court on the 14th day of October, 1927. Certified copy of the notice of appeal was filed in this court November 18, 1927, and the original notice of appeal on December 28, 1927. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the order appealed from is affirmed.